# Order

Michigan Supreme Court
Lansing, Michigan

August 3, 2021

160083 & (16)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ODELL DWAYNE DOUGLAS,
        Defendant-Appellant.

SC: 160083
COA: 347741
Genesee CC: 90-043984-FC

_____/

      By order of March 6, 2020, the application for leave to appeal the June 28, 2019 order of the Court of Appeals was held in abeyance pending the decision in *People v Manning* (Docket No. 160034). On order of the Court, leave to appeal having been denied in *Manning* on December 28, 2020, 506 Mich 1033 (2020), the application is again considered. It appearing to this Court that the case of *People v Stovall* (Docket No. 162425) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to remand remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



t0726

Clerk